**Michael SIMMONS, Plaintiff-Appellant,**

v.

**CHARTER COMMUNICATIONS, INC., Defendant-Appellee.***

**16-1405**

United States Court of Appeals, Second Circuit.

April 7, 2017

above.

FOR APPELLANT: J. AARON LAW-SON (with Ryan D. Andrews and Roger Perlstadt on the brief), Edelson PC, Chicago, IL.

FOR APPELLEE: RAGAN NARESH (with Jeffrey S. Powell and Kathleen A. Brogan on the brief), Kirkland & Ellis LLP, Washington, DC.

PRESENT: JON O. NEWMAN, DENNIS JACOBS, Circuit Judges, LEWIS A. KAPLAN,** District Judge,

Radcliffe O'Brian MCNAB, Plaintiff-Appellant,

## SUMMARY ORDER

v.

Michael Simmons appeals from a final judgment entered in favor of defendant Charter Communications, Inc. in the United States District Court for the District of Connecticut (Underhill, J.). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We affirm for substantially the reasons stated in Judge Underhill's thorough opinion.

Accordingly we hereby **AFFIRM** the judgment of the district court.